1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   PAUL ANTHONY STEWART, JR.,          Case No. SA CV 19-01343 JAK
                                                    (RAO)
12                    Petitioner,

13         v.
                                          **ORDER ACCEPTING FINDINGS,**
14   MICHAEL SEXTON,                      **CONCLUSIONS, AND**
                                          **RECOMMENDATIONS OF**
15                    Respondent.         **UNITED STATES MAGISTRATE**
                                          **JUDGE**
16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the

18   records and files herein, the Magistrate Judge's Report and Recommendation

19   ("Report"), and Petitioner's objections to the Report ("Objections"). The Court has

20   further engaged in a *de novo* review of those portions of the Report and

21   Recommendation issued on January 30, 2020, to which Petitioner has objected. The

22   Court hereby accepts and adopts the findings, conclusions, and recommendations of

23   the Magistrate Judge.

24         IT IS ORDERED that the Petition is denied, and Judgment shall be entered

25   dismissing this action with prejudice.

26   DATED: February 20, 2020

27                                        _____
                                          John A. Kronstadt
28                                        United States District Judge