**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY STEWART, JR., <br> Petitioner, <br> v. <br> MICHAEL SEXTON, <br> Respondent. | Case No. SA CV 19-01343 JAK (RAO) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: February 20, 2020

_____
John A. Kronstadt
United States District Judge